# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

       **Plaintiff,**

v.                                **CASE NO. 5:07-cr-41-RS-GRJ**

JEROME SESSIONS,

       **DEFENDANT.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 141). No objections have been filed.

**IT IS ORDERED:**

1.      The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2.      Plaintiff's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. 110) is **DENIED**.

3.      The certificate of appealability is **DENIED**.

4.      The clerk is directed to close the file.

**ORDERED** on April 20, 2012.

                          /S/ Richard Smoak
                          **RICHARD SMOAK**
                          **UNITED STATES DISTRICT JUDGE**